# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2493
LT Case No. 05-2014-CF-046788-A

_____

JOSEPH H. MILMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Circuit County.
David C. Koenig, Judge.

Joseph H. Milman, Bonifay, pro se.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____